UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Delfon Blair,

    Plaintiff,

        v.                                             Case No. 1:13cv173

WalMart, *et al.*,                             Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 2, 2018 (Doc. 49); and Plaintiff's Motion of Coram Nobis (Doc. 50).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 49) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Motion for Reconsideration (Doc. 47) is **DENIED**.

The Plaintiff was given notice by way of the R&R not to file any frivolous, meritless motions, and that the Magistrate Judge would recommend sanctions that would require any further motions or papers in this case to be summarily denied, unless such motions or papers are certified as non-frivolous by an attorney. Accordingly, Plaintiff's Motion of Coram Nobis (Doc. 50) is **DENIED**. No further post-judgment motions will be entertained by the Court in this case, and the Clerk is **DIRECTED** to return without filing

1

any such motions presented by plaintiff.   This matter remains **CLOSED**.

**IT IS SO ORDERED.**

                                                 *s/Michael R. Barrett*
                                                 Michael R. Barrett
                                                 United States District Judge